**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-00125 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Baltazar Guzman | | | | Date Filed (f) or Converted (c): | 01/03/2014 (f) |
| | | | | | 341(a) Meeting Date: | 04/09/2014 |
| For Period Ending: | 06/30/2019 | | | | Claims Bar Date: | 08/06/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 9140 S. Keeler, Oak Lawn, IL | 312,880.00 | 94,222.00 | | 0.00 | FA |
| 2. Multi Family Residence 5 Warant St., Calumet City, IL | 237,564.00 | 11,796.00 | | 0.00 | FA |
| 3. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. PNC Bank checking account #3261 | 50.00 | 0.00 | | 0.00 | FA |
| 5. General Items of Household Goods and Furnishings | 200.00 | 0.00 | | 0.00 | FA |
| 6. General Items of Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Potential personal injury claim as a result of an accident- unfiled | Unknown | 0.00 | | 0.00 | 0.00 |
| 8. 1990 Cadillac 90,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. 1993 Mercedes 100,000 miles | 1,800.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $553,994.00 | $106,018.00 | | $0.00   $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2019  Trustee to employ special counsel regarding settlement award from pre-petition personal injury claim

3/2019  Case reopened

Initial Projected Date of Final Report (TFR): 06/30/2020     Current Projected Date of Final Report (TFR): 06/30/2020

Trustee Signature:     /s/ STEVEN R. RADTKE        Date: 07/31/2019

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1314
CHICAGO, IL 60603
(312) 346-1935

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-00125  
Case Name: Baltazar Guzman  

Trustee Name: STEVEN R. RADTKE  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 06/30/2019  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00    $0.00 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Subtotal | $0.00    $0.00 |
| Less: Payments to Debtors | $0.00    $0.00 |
| Net | $0.00    $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:     /s/ STEVEN R. RADTKE     Date: 07/31/2019

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1314
CHICAGO, IL 60603
(312) 346-1935

Page Subtotals:     $0.00     $0.00